# Court of Appeals
# of the State of Georgia

ATLANTA, October 27, 2016

*The Court of Appeals hereby passes the following order*

**A17D0105. IN THE INTEREST OF: D. A., A. A. AND A. A., CHILD (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1600876 1600877 1600878



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, October 27, 2016.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*